UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

In re: **Martin Cecil Knight**     **Lisa Ann Knight**     Case No. _____
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                         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             Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **0** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 6/4/03                        Signed: _Martin C Knight_
                                             **Martin Cecil Knight**

Signed: _____       Signed: _Lisa A Knight_
                                             **Lisa Ann Knight**
    Bar No.

```
Beneficial
P.O. Box 4153
Carol Stream, IL  60197-4153




Dr. Michael C. Malczewski
P.O. Box 11149
Merrillville, IN  46410




Dymacol
3070 Lawson Blvd.
 P.O. Box 9017
Oceanside, NY  11572-9017




First Star Financial
P.O. Box 3004
Milwaikee, WI  77274-1148




Home Depot
P.O. Box 950
Santa Clara, CA  91380




Indiana Dept of Revenue
Compliance Div. BK Sect
Room 211, State Off. Build.
Indianapolis, Indiana  46204




Inland Steel Employee FCU
200 Broadway
Gary, IN  46407




Internal Revenue Service
230 S. Dearborn Street
Room 2560 Stop 5014CHI
Chicago, Illinois  60604




Kohls
P.O. Box 3004
Milwaukee, WI  53201-3004
```

```
MBNA
P.O Box 15137
Wilmington, DE   19886-5137



Treaurer of Lake County, Indiana
Government Center
2293 Main Street
Crown Point, Indiana   46307



Wards
P.O. Box 741148
Houston, TX   77274-1148
```